# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2008

137091

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DALPHINE McCURTIS,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
*Chief Justice*

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
*Justices*

SC: 137091
COA: 275999
Wayne CC: 06-010837-02

On order of the Court, the application for leave to appeal the June 24, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2008

Clerk